UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM THOMAS,

                Plaintiff,

v.                                                Case No. 2:21-cv-144-JLB-NPM

DONALD SAWYER, DR. SALEMA, S.
SMITH and J. MCDANIELS,

                Defendants.

_____

## <u>ORDER</u>

The parties have filed a Joint Stipulation for Dismissal with Prejudice.

(Doc. 34.)   The stipulation is self-executing.   Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272, 1278 (11th Cir. 2012).   Accordingly, the Clerk of Court is **DIRECTED** to close the file.

      **ORDERED** in Fort Myers, Florida on January 3, 2022.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE